Submitted on record and briefs February 27, reversed April 2, 1986

## KENNEDY, KING & ZIMMER,
*Petitioner,*

*v.*

## EMPLOYMENT DIVISION,
*Respondent.*

(85-T-21; A36288)

715 P2d 1129

George W. McKallip, Jr. and Kennedy, King & Zimmer, Portland, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Petitioner, a partnership of lawyers, seeks judicial review of the referee's decision holding that it is not entitled to succeed to the experience rating of its predecessor partnership after one of the partners withdrew from the partnership. The Employment Division concedes that petitioner is the successor in interest and that the referee's decision should be reversed.

Reversed.